AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA,

RECEIVED
12 MAR 14 PM 1:20
MIDDLE DISTRICT OF COURT
TAMPA, FLORIDA

RICHARD H. HARTMAN, II )
)
*Plaintiff* )
v. ) Civil Action No. 8:12-CV-555-T-17EAJ
ZAKHEIM & LA VRAR, P.A. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SCOTT C. ZAKHEIM, Registered Agent
ZAKHEIM & LA VRAR, P.A.
1045 SOUTH UNIVERSITY DRIVE
SUITE 202
PLANTATION FL 33324 US

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     CHRISTIE D. ARKOVICH, ESQ.
CHRISTIE D. ARKOVICH, P.A.
1520 W. CLEVELAND STREET
TAMPA, FL 33606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 1 4 2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*