# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# MIAMI DIVISION

RICHARD H. HARTMAN II,                                  Case No.: 12-CV-555-T-EAJ

      Plaintiff,

vs.

ZAKHEIM & LAVRAR, P.A.,

      Defendant.                    /

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, ZAKHEIM & LAVRAR, P.A., by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b), respectfully requests this Court enter an order enlarging the time in which to file a response to Plaintiff's Complaint, and as grounds therefor states as follows:

1. Defendant, ZAKHEIM & LAVRAR, P.A. was served with a Summons and Complaint in this matter on March 22, 2012.

2. Counsel for Defendant requires additional time to confer with her client and prepare a response to the Complaint due to various commitments, including but not limited to, the relocation of this law firm and preparation for an out-of-county trial next week.

3. The parties have been in communication, and Plaintiff does not oppose an enlargement of time up to and including May 2, 2012, for Defendant to respond to Plaintiff's Complaint.

4. Plaintiff will not be prejudiced by an enlargement of time in order to provide Defendant sufficient time to analyze Plaintiff's Complaint and prepare a response.

Case No.: 12-CV-555-T-EAJ

## MEMORANDUM OF LAW

Rule 6(b) of the Federal Rules of Civil Procedure permits this Court to enlarge the time for Defendant to respond to Plaintiff's Complaint. Accordingly, Defendant requests this Court enter an Order enlarging the time for Defendant to respond to Plaintiff's Complaint, up to and including May 2, 2012.

WHEREFORE, Defendant, ZAKHEIM & LAVRAR, P.A., respectfully requests this Court enlarge the time period in which Defendant has to file its Response to Plaintiff's Complaint up to and including May 2, 2012.

*s/Barbara Fernandez*
Barbara Fernandez
Florida Bar No. 0493767
David P. Hartnett
Florida Bar No. 946631
bfernandez@hinshawlaw.com
dhartnett@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, FL 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063
Attorneys for Defendant ZAKHEIM & LAVRAR, P.A.

14658889v1 0926026

Case No.: 12-CV-555-T-EAJ

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Christie D. Arkovich, Esq.
CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland Street
Tampa, FL  33606
Tel:   813-258-2808
Attorneys For Plaintiff

      *s/Barbara Fernandez*
      Barbara Fernandez
      Florida Bar No. 0493767
      David P. Hartnett
      Florida Bar No. 946631
      bfernandez@hinshawlaw.com
      dhartnett@hinshawlaw.com
      HINSHAW & CULBERTSON LLP
      9155 S. Dadeland Boulevard
      Suite 1600
      Miami, FL 33156-2741
      Telephone: 305-358-7747
      Facsimile: 305-577-1063
      Attorneys for Defendant ZAKHEIM & LAVRAR, P.A.

14658889v1  0926026