**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICHARD H HARTMAN, II,**

    **Plaintiff,**

vs.                                 **CASE NO. 8:12-CV-00555-EAK-EAJ**

**ZAKHEIM & LAVRAR, P.A.,**

    **Defendant.**
    _____/

## RESPONSE TO ENDORSED ORDER TO SHOW CAUSE

Plaintiff, Richard H. Hartman, by and through his undersigned counsel, hereby responds to the Endorsed Order to Show Cause for failure to file case management report, (Doc #13), saying:

The Joint Case Management Report was filed August 15, 2012, (Doc #14).

                                                    /s/ Christie D. Arkovich
                                                    Christie D. Arkovich, Esq.
                                                    Florida Bar #963690
                                                    Erin Allen, Esq.
                                                    Florida Bar # 0031383
                                                    CHRISTIE D. ARKOVICH, P.A.
                                                    1520 W. Cleveland St.
                                                    Tampa, Florida 33606
                                                    (813)258-2808
                                                    (813)258-5911 (Facsimile)
                                                    cdalaw@tampabay.rr.com
                                                    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copy of the Response to Endorsed Order to Show Cause and a copy of the Joint Order to Show Cause have been sent on this August 16, 2012, electronically via the CM/ECF system or U.S. Mail to Defendant at: Barbara Fernandez, Esq., ZAKHEIM & LA VRAR, P.A., 1045 South University Drive, Suite 202, Plantation, FL 33324.

                                                      /s/ Christie D. Arkovich
                                                    Christie D. Arkovich, Esq.