**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**RICHARD H. HARTMAN, II,**

    **Plaintiff,**

vs.　　　　　　　　　　　　　　　　　　　　**CASE NO: 8:12-CV-555-T-EAJ**

**ZAKHEIM AND LAVRAR,**

    **Defendant.**
_____/

**NOTICE OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, RICHARD H. HARTMAN, II, by and through his undersigned counsel hereby files his Notice of Dismissal With Prejudice that the above-entitled action against Defendant, ZAKHEIM AND LAVRAR, shall be and hereby is dismissed with prejudice, and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: November 1, 2012　　　　　　　　*/s/ Christie D. Arkovich*
　　　　　　　　　　　　　　　　　　　　Christie D. Arkovich, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar #963690
　　　　　　　　　　　　　　　　　　　　CHRISTIE D. ARKOVICH, P.A.
　　　　　　　　　　　　　　　　　　　　1520 W. Cleveland St.
　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33606
　　　　　　　　　　　　　　　　　　　　(813)258-2808
　　　　　　　　　　　　　　　　　　　　(813)258-5911 (Facsimile)
　　　　　　　　　　　　　　　　　　　　cdalaw@tampabay.rr.com
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Electronic Mail and/or United States Mail on this 1st day of November, 2012 to:

Barbara Fernandez
Hinshaw & Culbertson, LLP
2525 Ponce de Leon Blvd, Ste 400
Coral Gables, FL 33134-6044

　　　　　　　　　　　　　　　　　　　　*/s/ Christie D. Arkovich*
　　　　　　　　　　　　　　　　　　　　Christie D. Arkovich, Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 963690
　　　　　　　　　　　　　　　　　　　　Erin M. Allen Esq.
　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0031383

CHRISTIE D. ARKOVICH, P.A.
1520 W. Cleveland St.
Tampa, Florida 33606
(813) 258-2808
(813) 258-5911 (Facsimile)
**Attorneys for Plaintiff**

-2-